

```
           WEBB BRIDGE POSTAL STORE
              ALPHARETTA, Georgia
                   300059998
                 1204440510 -0095
  03/30/2010    (800)275-8777        05:59:27 PM

                    Sales Receipt
  Product           Sale   Unit         Final
  Description       Qty    Price        Price

  KANSAS CITY MO 64999                  $1.39
  Zone-5 First-Class
  Large Env
  3.30 oz.
→ Expected Delivery: Sat 04/03/10
  Certified                             $2.80
  Label #:         70093410000095892980
                                     ========
  Issue PVI:                            $4.19

  MEMPHIS TN 38101 Zone-4               $0.88
  First-Class Large Env
  0.60 oz.
→ Expected Delivery: Fri 04/02/10
  Certified                             $2.80
  Label #:         70093410000095892997
                                     ========
  Issue PVI:                            $3.68

  Total:                                $7.87

  Paid by:
  Cash                                 $20.00
  Change Due:                         -$12.13

  Order stamps at USPS.com/shop or call
  1-800-Stamp24. Go to USPS.com/clicknship
  to print shipping labels with postage.
  For other information call 1-800-ASK-USPS.

  Get your mail when and where you want it
  with a secure Post Office Box. Sign up for
  a box online at usps.com/poboxes.

  Bill#: 1000503681768
  Clerk: 23

     All sales final on stamps and postage
     Refunds for guaranteed services only
          Thank you for your business

              HELP US SERVE YOU BETTER

     Go to: https://postalexperience.com/Pos

          TELL US ABOUT YOUR RECENT
                POSTAL EXPERIENCE

              YOUR OPINION COUNTS

                   Customer Copy
```

CERTIFIED MAIL RECIEPTS FOR 1041 TAX RETURN FILING FOR 2006, 2007, 2008 and 2009