

QT 05  200612  5823  A  19544-338-06900-0  B0064452  133
201050  007127  30005  IRS USE ONLY  426676616  SB  V

Department of the Treasury
**Internal Revenue Service**
Cincinnati OH 45999-0038

# EXHIBIT 'B'

For assistance, call:
1-800-829-0115

**Notice Number:** CP133
**Date:** December 27, 2010

**Taxpayer Identification Number:**
42-6676616
**Tax Form:** 1041
**Tax Period:** December ~~31, 2006~~

003630.822096.0015.001 1 MB 0.382 702
[barcode]



PETER T    PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA    GA    30005-6902050

003630

U.S. Income Tax Return for Estates and Trusts

We Changed Your Tax Return - You are Due a Refund

We changed your return for the above tax period. You may want to check your figures against ours.

| | | | |
|---|---|---|---|
| Withholding Credit | | $80,000.00 | |
| Total Payments and Credits | | | $80,000.00 |
| Total Income | $80,000.00 | | |
| Less Total Deductions | $100.00 | | |
| Taxable Income | | $79,900.00 | |
| Total Tax | | | $27,043.50 |
| ~~Amount To Be Refunded...~~ ~~Owe No Other Tax~~ | | | ~~$52,956.50~~ |

Your refund may include interest. Please be aware that interest you receive on tax refunds is taxable income to you in the year you receive it. Please retain this notice for your records.

We made the changes for the following reason(s):

· We found an error in the amount shown as your exemption.

Since the statute of limitations has expired for your tax period shown above, we will not issue a refund check.

A refund will be sent to you for your net overpayment unless you owe other taxes. If you do owe other federal taxes, we may apply all or part of this amount against those taxes. No action is required of you.

The following is a list of payments we have credited to your account for the above tax return and tax period:

| Date | Amount |
|---|---|
| ~~04/15/2007~~ | ~~$80,000.00~~ |



For tax forms, instructions and information visit **www.irs.gov**. (Access to this site will not provide you with your specific taxpayer account information.)



003630

✂ **CUT HERE** ──────────────────────────────────────────────

Return this voucher with your payment or correspondence.

Your Telephone Number:     Best Time to Call:

(   )____-_____        ___ ___AM____PM

☐ **Correspondence enclosed:**
* Write your Taxpayer Identification
Number, tax period and tax form number
on your inquiry or correspondence

20,

SB      201050              17244-338-06900-0

133     Internal Revenue Service
        Cincinnati OH  45999-0038

PETER T   PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA  GA  30005-6902050

|ılılılılılılılılılılılılılılılılılılılılıl|

42667661b 0T   05 2 200b12