EXHIBIT "C"

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0038

71617617928235004056

In reply refer to: 0436524251
June 22, 2011    LTR 105C  EO
42-6676616    200612 05
                         00002144
BODC: SB



PETER T PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA  GA  30005-6902

000256

CERTIFIED MAIL

Taxpayer Identification Number: 42-6676616
                  Kind of Tax: Form 1041
              Amount of Claim : $      52,956.50

        Date of Claim(s) Received: May  03, 2010
                    Tax Period : Dec. 31, 2006


              WE COULDN'T ALLOW YOUR CLAIM

Dear Taxpayer:

WHY WE'RE SENDING YOU THIS LETTER
This letter is your notice that we've disallowed your claim for
credit for the period shown above.

WHY WE CANNOT ALLOW YOUR CLAIM

You filed your Form 1041, claiming an overpayment, more than 3 years
after the return due date.  The law limits the amount of your claim to
the tax paid within the 3 years immediately preceding the date you
filed the claim.  Federal Income Tax Withheld is considered paid on
Apr 15th of the following year.

IF YOU DISAGREE

You may appeal our decision with the Appeals Office (which is
independent of our office) if we disallowed your claim because our
records show that you filed your claim late. Generally, a claim is
late if you filed it the later of:

    - 3 years from the return due date of a timely filed,
      unextended return
    - 3 years from the date we received a late return or a timely
      filed, extended return
    - 2 years after you paid the tax

In addition, the amount of any credit or refund for a claim filed
within three years of the tax return is limited to amounts paid

```
                                                    0436524251
                                    June 22, 2011   LTR 105C  EO
                                    42-6676616    200612 05
                                                      00002146
```

PETER T PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA   GA   30005-6902



000256

    4.  Mail your appeal request to the address shown on this letter.

To prepare a formal protest, do the following:

1. Prepare a written statement that you want to appeal the disallowance to the Appeals Office.
2. Provide your name, address, taxpayer identification number, a daytime telephone number, and a copy of this letter. Show the tax periods or years and disallowed items you disagree with and why you don't agree with each item.
3. Include a detailed statement of facts with names, amounts, locations, etc. to support your reasons for disputing the disallowance.
4. If you know the particular law or authority that supports your position, you should inform us of that law or authority. Please include a legal citation to assist in the appeals process that supports your claim, if applicable.
5. Sign the statement below and include it with your written appeal. If your authorized representative prepares the request for an appeal, he/she must sign the statement and include it with the appeal.
6. Mail your written formal protest to the address shown on this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

"Under penalties of perjury, I declare that the facts present on my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

_____     _____
Signature                                 Date


_____     _____
Spouse's Signature, if a Joint Return    Date

STATEMENT BY ATTORNEY, ENROLLED AGENT OR CERTIFIED PUBLIC ACCOUNTANT

"Under penalty of perjury, I declare that I prepared the written statement and accompanying documents. To the best of my knowledge the protest and accompanying documents are true and correct."

_____    _____  _____
Signature of Representative              Enrollment Number  Date

```
                                                    0436524251
                                 June 22, 2011   LTR 105C  EO
                                 42-6676616    200612 05
                                                       00002148
```

PETER T PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA   GA   30005-6902



000256

Sincerely yours,

Jerald H Heschel II
Field Dir.,Accounts Management

Enclosure(s):
Publication 1


**IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0038


7161 7617 9282 3500 4056

000256.862763.0003.001 2 MB 0.515 1633



PETER T PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA  GA  30005-6902

000256

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0436524251

BODCD-SB

Use for payments

| | |
|---|---|
| Letter Number: | LTR0105C |
| Letter Date  : | 2011-06-22 |
| Tax Period   : | 200612 |

*426676616*

INTERNAL REVENUE SERVICE

OGDEN  UT  84201-0038

PETER T PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA  GA  30005-6902

426676616 QT PAPO 05 2 200612 670 00000000000