# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 03-18-2011
Response Date: 03-18-2011
Tracking Number: 100094420833

FORM NUMBER: 1041            TAX PERIOD: Dec. 31, 2006

TAXPAYER IDENTIFICATION NUMBER: 42-6676616

PETER T PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA, GA 30005-6902-050

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:
ACCRUED INTEREST:                             $0.00 AS OF: Mar. 21, 2011
ACCRUED PENALTY:                              $0.00 AS OF: Apr. 15, 2007

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):

** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TOTAL INCOME:                                 $80,000.00
TOTAL DEDUCTIONS:                             $100.00

FD INC TAX WTHLD:                             $0.00
TX FICA WGS PD:                               $0.00
TOT FICA TX:                                  $0.00
TOT MDCR WGS:                                 $0.00
MDCR TX:                                      $0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
PROCESSED DATE                                Dec. 27, 2010

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201050 | 12-27-2010 | $27,043.50 |
|  | 17244-338-06900-0 |  |  |  |
| 599 | Tax return filed |  | 06-14-2010 | $0.00 |

| 806 | W-2 or 1099 withholding | 04-15-2007 | -$80,000.00 |

```
This Product Contains Sensitive Taxpayer Data
```

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 03-18-2011
Response Date: 03-18-2011
Tracking Number: 100094420833

FORM NUMBER: 1041          TAX PERIOD: Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER: 42-6676616

PETER T PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA, GA 30005-6902-050

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:            $0.00
ACCRUED INTEREST:           $0.00    AS OF: Mar. 21, 2011
ACCRUED PENALTY:            $0.00              AS OF:

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):   $0.00

         ** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TOTAL INCOME:               0.00
TOTAL DEDUCTIONS:           0.00

FD INC TAX WTHLD:           0.00
TX FICA WGS PD:             0.00
TOT FICA TX:                0.00
TOT MDCR WGS:               0.00
MDCR TX:                    0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|---|---|---|---|
| 976 | Amended return filed | 04-20-2010 | $0.00 |
|     | 17244-115-01602-0 | | |
| 976 | Amended return filed | 04-20-2010 | $0.00 |

```
     17244-198-07202-0
599  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬          $0.00
599  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ 02-1▬▬▬▬▬▬▬              $0.00
```

| This Product Contains Sensitive Taxpayer Data |
|---|

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 03-18-2011
Response Date: 03-18-2011
Tracking Number: 100094420833

FORM NUMBER: 1041          TAX PERIOD: Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER: 42-6676616

PETER T PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA, GA 30005-6902-050

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:              $0.00
ACCRUED INTEREST:             $0.00    AS OF: Mar. 21, 2011
ACCRUED PENALTY:              $0.00            AS OF:

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):   $0.00

       ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TOTAL INCOME:              0.00
TOTAL DEDUCTIONS:          0.00

FD INC TAX WTHLD:          0.00
TX FICA WGS PD:            0.00
TOT FICA TX:               0.00
TOT MDCR WGS:              0.00
MDCR TX:                   0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
|  | No tax return filed |  |  |  |
| ~~500~~ | ~~Tax return filed~~ |  | ~~01-14-2011~~ | ~~$0.00~~ |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 03-18-2011
Response Date: 03-18-2011
Tracking Number: 100094420833

## Account Transcript

FORM NUMBER: 1041         TAX PERIOD: Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER: 42-6676616

PETER T PAPOULIAS TR
PETER T PAPOULIAS TTEE
3505 GOLDENROD DR
ALPHARETTA, GA 30005-6902-050

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:            $0.00
ACCRUED INTEREST:           $0.00   AS OF: Mar. 21, 2011
ACCRUED PENALTY:            $0.00           AS OF:

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):  $0.00

     ** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TOTAL INCOME:               0.00
TOTAL DEDUCTIONS:           0.00

FD INC TAX WTHLD:           0.00
TX FICA WGS PD:             0.00
TOT FICA TX:                0.00
TOT MDCR WGS:               0.00
MDCR TX:                    0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|---|---|---|---|
|  | No tax return filed |  |  |
| 599 | Tax return filed | 01-14-2011 | $0.00 |

This Product Contains Sensitive Taxpayer Data