**EXHIBIT 'E'**



PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

October 24, 2012

Peter T. Papoulias Trust
Attn: Peter T. Papoulias, TTEE
3505 Goldenrod Dr.
Alpharetta, GA 30005

Dear Mr. Papoulias:

I am responding to your Freedom of Information Act (FOIA) request dated October 4, 2012 that we received on October 2, 2012. You asked for documents pertaining to the account of the Peter T. Papoulias Trust for tax years 2006 through 2010.

In response to item #4 of your request, you asked for copies of all documents identified as Business Master File (BMF) specific and not literal; Data Service, Treasury/IRS 24.046. I have enclosed 13 pages of documents responsive to your request. I am also enclosing Document 11734, Transaction Code Pocket Guide, to assist you with the transaction codes found on the transcripts.

In response to item #1 of your request, you asked for copies of all documents maintained in the system of records identified as "Individual Master File (IMF) specific and not literal; Data Service, Treasury/IRS 24.030" or simple "IMF MCC Transcript-Specific. I researched our records and found no documents specifically responsive to this portion of your request.

In response to item #2 of your request, you asked for copies of all documents identified as "Individual Master File (IMF) complete and not literal; Data Service, Treasury/IRS 24.030", "IMF MCC Transcript-Complete. I researched our records and found no documents specifically responsive to this portion of your request.

In response to item #3 of your request, you asked for copies of all documents identified as "Official Internal Revenue Service Non-Master File Transcript". I researched the NMF database and found no records, open or closed, pertaining to the Peter T. Papoulias Trust for the requested years. Therefore, there are no documents responsive to this portion of your request.

In response to item #5 of your request, you asked for a complete copy of the "ICS History Transcript; Data Service, Treasury/IRS 24.030", which includes the time period in question, with no entries redacted or blacked out. I researched our records and found no documents specifically responsive to this portion of your request.

I have enclosed Notice 393 explaining your appeal rights.

If you have any questions please call Disclosure Specialist K. Coen ID # 0571168, at 904-665-0555 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362. Please refer to case number F13279-0112.

Sincerely,

*for* Paula M. Curren
Disclosure Manager
Disclosure Office 07

Enclosures (3)
Responsive Documents
Document 11734
Notice 393

6

000105

PAGE NO-0001

```
                      *BMF MCC TRANSCRIPT-SPECIFIC*          EMP NO 79-277-88950

  ACCOUNT NO 42-6676616                  10-15-2012
  NAME CONT- PAPO                        CYCLE-201242
*****************************************************************************
FOR-7927788950 BY-7927788950 ON-10152012 TYP-S-05-200612
TIME-14:17 SRC-I                         PROCESSED ON-289
                                         REQUESTED TAX MODULE FOUND ON MF

        PETER T PAPOULIAS TR                           BODC-SB BODCLC-V
  S     PETER T PAPOULIAS TTEE
        3505 GOLDENROD DR
        ALPHARETTA            GA 30005-6902-050
                                         TC07X/TC09X-0
                                                                    FZ>      -
ULC-58 AO-25 CLC-25 SBAO-25              EMP-   FMS-1  ESTAB-032010 637-    CAF-
YEAR REMOVED-        ENT EXT CYC-000001  FYM-12 PMF-  CRINV-  130-   PDC-00
RAF 940-0 941-0 943-0 944-0 945-0 CT1-0 RPTR-  8123-  PFYM-   BANKRPT-  BLLC-
1042-0    EFTPS 940-0 941-0 943-0 944-0 FTD ALERT SUPPRESS-    FTD FIDUC LRA-
945-0 CT1-0 720-0 1042-0 CORP-0         TEFRA PTSHP ELECT-    ELECT TXPRD-
LARGE CORP-              CEP-
NTEE CD-      ELEC DEP YR-
              ELEC DEP IND-
FR- 1041-1
DWLP-              DBC-12-31-2007
WP-       BO-012008

*************************
* TAX PERIOD 05   200612 *              REASON CD-           MOD EXT CYC-000001
*************************
FS-0        CRINV-  LIEN-               29254-566-98200-1   CAF-   FZ>     -
TDA COPYS-                              TDI COPYS-
        INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-58 BWNC-   BWI-
MF MOD BAL-              0.00                     C CORP-    2% INT DT-
                                                            GATT-0
ACRUED INTEREST-           0.00 09172012          CSED-12272020
ACCRUED PENALTY-          0.00 09172012           RSED-04152010
FMS- IA CD-0                                       ARDI-0          ASED-05032013

                                       E3201050
                                       17244-338-06900-0   CD-05032010 SRC-
                                       PREPARE IND-0   PREPARE TIN-
                                              TAX PER T/P-                  0.00
                                                       INSTALL-0
                                       FOREIGN-
                                              NET TAX INC-          79,900.00
                                              EST TAX BASE-              0.00
                                               PR YR BASE-              0.00
                                       UNAPPLIED CR ELECT-              0.00
                                       NET CREDITS CLAIMED-             0.00
                                       CREDIT ELECT CLAIMD-             0.00
                                       LARGE-
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONTINUED ON NEXT PAGE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6

000106

PAGE NO-0002   TAX PERIOD 05 200612*CONTINUED

                    *BMF MCC TRANSCRIPT-SPECIFIC*            EMP NO 79-277-88950

  ACCOUNT NO 42-6676616                10-15-2012
  NAME CONT- PAPO                      CYCLE-201242
*******************************************************************************
                                      FD INC TX WTHLD-
                                       TX FICA WGS PD-
                                          TOT FICA TX-
                                          TOT MDCR WGS-
                                             MDCR TX-
                                      FIDUCIARY CD-0

    599 06142010---------------       20102208 31244-135-71808-0
                                      COLCLOS-06              XREF-

        ▃▃▃▃▃▃▃▃         ▃▃▃▃▃▃        20105008 17244-338-06900-0
                                      PRC-

    970 05032010               0.00   20105008 17244-338-06900-0
                                      PRC-

    290 07042011               0.00   20112508 29254-566-98200-1 X
                                      HC4 ARC                 INTD        PC
                                      CORRESPONDDT-        CREDIT DT-
                                      REFUND STATUTE CONTROL DT-
                                      AMD CLMS DT-        CIS MF IND-0
                                      CSED-

    971 06132011---------------       20112508 29977-566-56812-1
                                      XREF-                971 CD-296
                                      X-MFT-00 MEMO-             FTD ALRT-0

  ▃▃ 820 04152007         ▃▃▃▃▃▃▃      20112608 29258-640-87801-0

                                      XREF-
                                      INTEREST TO DATE-

MF STAT-06 06142010              0.00   201022
▃▃ ▃▃▃▃ ▃▃ ▃▃▃72010       52.▃▃▃.▃▃     201050

6

000107

PAGE NO-0001

                        *BMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-277-88950

 ACCOUNT NO 42-6676616                    10-15-2012
 NAME CONT- PAPO                          CYCLE-201242
********************************************************************************
FOR-7927788950 BY-7927788950 ON-10152012 TYP-S-05-200712
TIME-14:17 SRC-I                          PROCESSED ON-289
                                          REQUESTED TAX MODULE FOUND ON MF
**************************
* TAX PERIOD 05    200712 *              REASON CD-           MOD EXT CYC-000001
**************************
FS-0        CRINV-  LIEN-               29977-748-68120-1   CAF-   FZ>     -
TDA COPYS-                               TDI COPYS-
         INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-58 BWNC-   BWI-
MF MOD BAL-              0.00                      C CORP-    2% INT DT-
                                                            GATT-0
ACRUED INTEREST-          0.00 09172012          CSED-
ACCRUED PENALTY-         0.00 09172012          RSED-
FMS- IA CD-0                                     ARDI-0           ASED-04202013

      976 04202010                 0.00   20101808 17244-115-01602-0 G
                                          PRC-

      976 04202010                 0.00   20103008 17244-198-07202-0 G
                                          PRC-

      599 09242010---------------         20104008 17949-667-74249-0
                                          COLCLOS-96           XREF-

      599 02112011---------------         20110808 29949-442-03566-1
                                          COLCLOS-17           XREF-

      599 12102011---------------         20115108 29949-746-74373-1
                                          COLCLOS-18           XREF-

      971 04202010---------------         20115108 29977-748-68120-1
                                          XREF-42-6676616   200712  971 CD-002
                                          X-MFT-00 MEMO-              FTD ALRT-0

MF STAT-06 10182010               0.00    201040

000108

                    *BMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-277-88950

 ACCOUNT NO 42-6676616                    10-15-2012
 NAME CONT- PAPO                          CYCLE-201242
****************************************************************************
FOR-7927788950 BY-7927788950 ON-10152012 TYP-S-05-200812
TIME-14:17 SRC-I                          PROCESSED ON-289
                                          REQUESTED TAX MODULE FOUND ON MF
*************************
* TAX PERIOD 05    200812 *               REASON CD-            MOD EXT CYC-000001
*************************
FS-0        CRINV- LIEN-                  17244-288-06503-1    CAF-    FZ>      -
TDA COPYS-                                TDI COPYS-
      INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-58 BWNC-   BWI-
MF MOD BAL-              0.00                     C CORP-     2% INT DT-
                                                             GATT-0
ACRUED INTEREST-         0.00 09172012            CSED-01022022
ACCRUED PENALTY-         0.00 09172012            RSED-04152012
FMS- IA CD-0                                      ARDI-0          ASED-07202014

████████████████████████                         E2201151
                                          17244-288-06503-1  CD-07202011 SRC-
RET RCVD DT-07202011                      PREPARE IND-0  PREPARE TIN-
                                                 TAX PER T/P-          22,425.50
                                                           INSTALL-0
                                          FOREIGN-
                                                 NET TAX INC-          67,000.00
                                                 EST TAX BASE-              0.00
                                                 PR YR BASE-               0.00
                                          UNAPPLIED CR ELECT-              0.00
                                          NET CREDITS CLAIMED-             0.00
                                          CREDIT ELECT CLAIMD-             0.00
                                          LARGE-
                                             FD INC TX WTHLD-
                                             TX FICA WGS PD-
                                                TOT FICA TX-
                                                TOT MDCR WGS-
                                                   MDCR TX-
                                          FIDUCIARY CD-0

     599 01142011---------------          20110408 29949-414-01546-1
                                          COLCLOS-17            XREF-

     976 07202011               0.00      20113108 17244-204-06207-1 G
                                          PRC-

     599 09282011---------------          20114008 17949-671-74161-1
                                          COLCLOS-96            XREF-

     971 07202011---------------          20114108 17977-673-07015-1
                                          XREF-42-6676616   200812  971 CD-002
                                          X-MFT-00 MEMO-              FTD ALRT-0

*******************************CONTINUED ON NEXT PAGE*****************************

6

000109

PAGE NO-0002   TAX PERIOD 05 200812*CONTINUED

                    *BMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-277-88950

  ACCOUNT NO 42-6676616              10-15-2012
  NAME CONT- PAPO                    CYCLE-201242
************************************************************************************

      ~~800 04152009~~              ~~67,000.00~~   20115108 17244-288-06503-1
                                                   PRC-

         776 01022012             668.04-   20115108 17244-288-06503-1
                                            TAX MOTIVATED AMT-              0.00
                                            TAX MOTIVATED INT-              0.00
                                               INTEREST TO DT-         MSR-
                                               COMPUTE INT AMT-      0.00
                                            CSED-

      ~~~~ 01022012~~              ~~~~     20115108 17244-288-06503-1
                                            RFND INT-        668.04-
                                            DD-0 DMF LIAB IND- 0

         971 01032012---------------   20120408 17177-353-99999-2
                                            XREF-                      971 CD-696
                                            X-MFT-00 MEMO-                FTD ALRT-0

         971 01032012---------------   20120408 17177-353-99999-2
                                            XREF-                      971 CD-696
                                            X-MFT-00 MEMO-                FTD ALRT-0

MF STAT-06 02072011         0.00     201104
MF STAT-12 01022012         0.00     201151

6

000110

PAGE NO-0001

```
                    *BMF MCC TRANSCRIPT-SPECIFIC*            EMP NO 79-277-88950

  ACCOUNT NO 42-6676616                  10-15-2012
  NAME CONT- PAPO                        CYCLE-201242
*****************************************************************************
FOR-7927788950 BY-7927788950 ON-10152012 TYP-S-05-200912
TIME-14:17 SRC-I                         PROCESSED ON-289
                                         REQUESTED TAX MODULE FOUND ON MF
**************************
* TAX PERIOD 05    200912 *              REASON CD-            MOD EXT CYC-000001
**************************
FS-0        CRINV-  LIEN-                17244-288-06501-1   CAF-    FZ>    -
TDA COPYS-                               TDI COPYS-
       INT TOLERANCE-  MATH INCREASE-    HISTORICAL DO-58 BWNC-   BWI-
MF MOD BAL-              0.00                       C CORP-    2% INT DT-
                                                              GATT-0
ACRUED INTEREST-          0.00  09172012           CSED-11142021
ACCRUED PENALTY-         0.00  09172012           RSED-04152013
FMS- IA CD-0                                       ARDI-0          ASED-07202014
     ████ 11142011 ██████████████████         201144
                                         17244-288-06501-1   CD-07202011 SRC-
RET RCVD DT-07202011                     PREPARE IND-0   PREPARE TIN-
                                              TAX PER T/P-           5,241.50
                                                     INSTALL-0
                                         FOREIGN-
                                               NET TAX INC-         17,900.00
                                               EST TAX BASE-             0.00
                                               PR YR BASE-              0.00
                                         UNAPPLIED CR ELECT-            0.00
                                         NET CREDITS CLAIMED-          0.00
                                         CREDIT ELECT CLAIMD-          0.00
                                         LARGE-
                                            FD INC TX WTHLD-
                                            TX FICA WGS PD-
                                              TOT FICA TX-
                                             TOT MDCR WGS-
                                                 MDCR TX-
                                         FIDUCIARY CD-0

     599 01142011---------------         20110408 29949-414-01547-1
                                         COLCLOS-17          XREF-

     976 07202011              0.00      20113308 17244-211-08200-1 G
                                         PRC-

     599 09292011---------------         20114008 17949-672-74133-1
                                         COLCLOS-96          XREF-

     971 07202011---------------         20114108 17977-676-05712-1
                                         XREF-42-6676616   200912  971 CD-002
                                         X-MFT-00 MEMO-             FTD ALRT-0
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONTINUED ON NEXT PAGE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6

000111

PAGE NO-0002   TAX PERIOD 05 200912*CONTINUED

                    *BMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-277-88950

   ACCOUNT NO 42-6676616               10-15-2012
   NAME CONT- PAPO                     CYCLE-201242
*******************************************************************************

      806 04152010          18,000.00-  20114408 17244-288-06501-1
                                        PRC-

      970 07202011              0.00    20114408 17244-288-06501-1
                                        PRC-

      970 11142011                      20114408 17244-288-06501-1
                                        TAX MOTIVATED AMT-              0.00
                                        TAX MOTIVATED INT-             0.00
                                           INTEREST TO DT-          MSR-
                                        COMPUTE INT AMT-             0.00
                                        CSED-

                                        20114408 17244-288-06501-1
                                        RFND INT-        139.16-
                                        DD-0 DMF LIAB IND- 0

      971 11152011---------------      20114608 17177-304-99999-1
                                        XREF-                   971 CD-696
                                        X-MFT-00 MEMO-             FTD ALRT-0

      570 11102011---------------      20114708 29977-719-68732-1
                                        COLCLOS-       CYCLES-

MF STAT-06 02072011        0.00     201104
MF STAT-12 11142011        0.00     201144

6

000112

PAGE NO-0001

```
                  *BMF MCC TRANSCRIPT-SPECIFIC*          EMP NO 79-277-88950

 ACCOUNT NO 42-6676616                  10-15-2012
 NAME CONT- PAPO                        CYCLE-201242
*******************************************************************************
FOR-7927788950 BY-7927788950 ON-10152012 TYP-S-05-201012
TIME-14:17 SRC-I                        PROCESSED ON-289
                                        REQUESTED TAX MODULE FOUND ON MF
**************************
* TAX PERIOD 05    201012 *             REASON CD-           MOD EXT CYC-123601
**************************
FS-0        CRINV- LIEN-                17244-204-04709-1    CAF-   FZ>T    -
TDA COPYS-                              TDI COPYS-
         INT TOLERANCE- MATH INCREASE-  HISTORICAL DO-58 BWNC-   BWI-
MF MOD BAL-          28,224.30                     C CORP-    2% INT DT-
                                                              GATT-0
ACRUED INTEREST-     1,471.02  10292012            CSED-08292021
ACCRUED PENALTY-     2,540.18  10292012            RSED-09152014
FMS-3IA CD-0                                       ARDI-1             ASED-07202014

     150 08292011             28,224.30    E3201133
                                           17244-204-04709-1   CD-07202011 SRC-
RET RCVD DT-07202011                       PREPARE IND-0   PREPARE TIN-
                                                TAX PER T/P-                0.00
                                                            INSTALL-0
                                           FOREIGN-
                                                    NET TAX INC-         83,568.00
                                                    EST TAX BASE-             0.00
                                                    PR YR BASE-               0.00
                                            UNAPPLIED CR ELECT-               0.00
                                           NET CREDITS CLAIMED-               0.00
                                           CREDIT ELECT CLAIMD-               0.00
                                           LARGE-
                                            FD INC TX WTHLD-
                                            TX FICA WGS PD-
                                              TOT FICA TX-
                                             TOT MDCR WGS-
                                                  MDCR TX-
                                           FIDUCIARY CD-0

     620 04182011                 0.00     20112108 17204-113-05991-1

                                           TENT TAX-            0.00

     460 06062011---------------           20112108 17204-113-05991-1
                                           EXT DATE-09152011   709-IND-0

     806R04152011           83,668.60-     20113308 17244-204-04709-1
                                           PRC-

     170 10102011                 0.00     20113908 83254-664-17053-1
                                           PRC-    EST PNLTY WAIVED-         0.00
```

CSED-
*****************************CONTINUED ON NEXT PAGE*****************************

6

000113

PAGE NO-0002   TAX PERIOD 05 201012*CONTINUED

                        *BMF MCC TRANSCRIPT-SPECIFIC*            EMP NO 79-277-88950

  ACCOUNT NO 42-6676616                    10-15-2012
  NAME CONT- PAPO                          CYCLE-201242
*******************************************************************************

      290 10102011                0.00    20113908 83254-664-17053-1
                                           HC  ARC-051            INTD          PC
                                           CORRESPONDDT-        CREDIT DT-
                                           REFUND STATUTE CONTROL DT-
                                           AMD CLMS DT-        CIS MF IND-0
                                           CSED-

      807 10102011           83,668.60     20113908 83254-664-17053-1
                                           PRC-

      290 05142012                0.00    20121808 29254-516-17039-2
                                           HC3 ARC              INTD          PC8
                                           CORRESPONDDT-        CREDIT DT-
                                           REFUND STATUTE CONTROL DT-
                                           AMD CLMS DT-        CIS MF IND-0
                                           CSED-

      971 05192012---------------          20122208 63977-542-00016-2
                                           XREF-                   971 CD-611
                                           X-MFT-00 MEMO-              FTD ALRT-0

      971R08272012---------------          20123308 58277-999-99999-2
                                           XREF-                   971 CD-061
                                           X-MFT-00 MEMO-              FTD ALRT-0

      972 08182012---------------          20123508 49977-634-06948-2
                                           XREF-                   971 CD-061
                                           X-MFT-00 MEMO-              FTD ALRT-0

      971 09102012---------------          20123608 17277-001-99999-2
                                           XREF-                   971 CD-060
                                           X-MFT-00 MEMO-              FTD ALRT-0

MF STAT-04 06062011 EXT DT-09152011        201121
MF STAT-12 08292011         55,444.30-     201133
MF STAT-48 05142012              0.00      201218
MF STAT-21 11212011         28,224.30      201145
MF STAT-48 06252012              0.00      201224
MF STAT-58 06042012         28,224.30      201221
MF STAT-22 08202012         28,224.30      201232