

**PRIVACY, GOVERNMENTAL LIAISON AND DISCLOSURE**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

April 3, 2013

Peter R. Papoulias, TTEE
4175 Breckenridge Court
Alpharetta, GA 30005

Dear Mr. Papoulias:

I am responding to your Freedom of Information Act (FOIA) request dated March 5, 2013, that we received in our office on March 7, 2013.

You requested 22 items involving examination, collection, and assessment activities pertaining specifically to Peter T. Papoulias Trust, for tax years 2006, 2007, 2008, 2009 and 2010.

Regarding items 1, 2, 3, 11, and 21, your request appears to be based on your understanding that a signed assessment record would contain data about your specific and identifiable assessment(s). That is not the case. The Summary Record of Assessment (SRA) is a summary total of all the tax, interest, and penalty assessments by tax class made at an IRS campus on a specific day or week. The amounts assessed to a specific taxpayer are included as part of the total figures for that day or week. However, the SRA does not separately list the name, identifying number, or amounts assessed for a particular taxpayer. This procedure meets the requirements of the Federal regulations and is effective in every IRS Campus. Form 23C and RACS 006 differ only in that Form 23C is manually created, while RACS 006 (which replaced Form 23C) is computer-generated. The IRS manually prepares Form 23C only when the automated RACS 006 is unavailable, such as during a power outage. Although Forms 23C and RACS 006 do not on their face reflect a particular taxpayer's assessment, account transcripts do provide this information.

I am enclosing IMF MCC Transcript-Literal account transcripts pertaining to you for tax years 2006 through 2010 consisting of 5 pages. The account transcript meets all statutory requirements of Internal Revenue Code Section 6203 and applicable regulations.

You also requested the supporting assessment records. The supporting records would consist of the tax returns or amended returns filed to create the assessment. We have a routine agency procedure for requesting these items. For your convenience, I am enclosing Form 4506 for this purpose. You will find instructions and mailing information on the back of the form.

In item 5, you requested "IRS Form 21 Notice of Assessment and Demand"; my search found no IRS Form 21 exists in our publication inventory. Therefore, there is no record responsive to your request.

With regard to item 4, IRS Form 17 or 17A, no record was found because this form was obsolete as of April 1, 1988.

Regarding item 6, IRS Form 668(Y)(c) 66W(c) and 668(a)(c), no records were found because these forms are obsolete as of April 1, 1988, June 10, 1994, and June 10, 1994, respectively.

Regarding item 16, IRS Form 8166, no record was found because this form was obsolete as of November 11, 2001.

Regarding items 7, 8, 9, 10, 12, 13, 14, 15, 17, 18, 19, and 20, a search found no records responsive to your request.

Regarding item 22, you asked for Privacy Act Transcripts (PATRA) for tax years 2006 through 2010. This command is available for IMF accounts only. Therefore, there are no documents responsive to your request.

The enclosed Notice 393 provides you appeal rights.

If you questions about this correspondence, you may call Senior Disclosure Specialist David Palace, ID #1000507211, at (916) 974-5559 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, Post Office Box 621506, Atlanta, GA 30362.   Please refer to case number F13067-0199.

Sincerely,

David Palace
Senior Disclosure Specialist
Disclosure Office 14

Enclosures (3)
 Responsive Documents
 Form 4506
 Notice 393

```
PAGE NO-0001                                          IRS EMPLOYEE 7932285642

DATE REQUESTED 03-19-2013                              PRINT DATE 03-20-2013

FORM NUMBER: 1041                                      TAX PERIOD: DEC  2006

               TAXPAYER IDENTIFICATION NUMBER: 42-6676616

     PETER T PAPOULIAS TR
     PETER T PAPOULIAS TTEE
     3505 GOLDENROD DR
     ALPHARETTA            GA 30005-6902-050         BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:             0.00
     ACCRUED INTEREST:            0.00   AS OF 03-18-2013
     ACCRUED PENALTY:             0.00   AS OF 03-18-2013

     ACCOUNT BALANCE
        PLUS ACCRUALS:            0.00

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


                                         TOTAL INCOME:         80,000.00
     FD INC TX WTHLD-             0.00
     TX FICA WGS PD-              0.00
        TOT FICA TX-              0.00
        TOT MDCR WGS-             0.00
            MDCR TX-              0.00


05-03-2010 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
12-27-2010 PROCESSING DATE

                              TRANSACTIONS
                                                          MONEY AMOUNT
CODE              EXPLANATION                  DATE      (IF APPLICABLE)
      RETURN FILED AND ...
      17244-338-06900-0
      CLAIM DISALLOWED
      29254-566-98200-1
 820  CREDIT TRANSFERRED                    04-15-2007        52,956.50
            000000
```

```
PAGE NO-0001                                          IRS EMPLOYEE 7932285642

DATE REQUESTED 03-19-2013                             PRINT DATE 03-20-2013

FORM NUMBER: 1041                                     TAX PERIOD: DEC  2007

                    TAXPAYER IDENTIFICATION NUMBER: 42-6676616

        PETER T PAPOULIAS TR
        PETER T PAPOULIAS TTEE
        3505 GOLDENROD DR
        ALPHARETTA              GA 30005-6902-050        BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:              0.00
        ACCRUED INTEREST:             0.00    AS OF 03-18-2013
        ACCRUED PENALTY:              0.00    AS OF 03-18-2013

        ACCOUNT BALANCE
           PLUS ACCRUALS:             0.00

                ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

        RETURN NOT PRESENT FOR THIS ACCOUNT

                              TRANSACTIONS
                                                              MONEY AMOUNT
CODE              EXPLANATION                    DATE        (IF APPLICABLE)
███ ████████ ██████ █████                     04-20-20██             0.00
     17244-115-01602-0
████ ███ ██████ ████ █████                       04-20-2010             0.00
     17244-198-07202-0
```

```
PAGE NO-0001                                    IRS EMPLOYEE 7932285642

DATE REQUESTED 03-19-2013                          PRINT DATE 03-20-2013

FORM NUMBER: 1041                                  TAX PERIOD: DEC  2008

                TAXPAYER IDENTIFICATION NUMBER: 42-6676616

     PETER T PAPOULIAS TR
     PETER T PAPOULIAS TTEE
     3505 GOLDENROD DR
     ALPHARETTA           GA 30005-6902-050       BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:              0.00
     ACCRUED INTEREST:             0.00   AS OF 03-18-2013
     ACCRUED PENALTY:              0.00   AS OF 03-18-2013

     ACCOUNT BALANCE
         PLUS ACCRUALS:            0.00

             ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

     TOTAL INCOME:            67,000.00
 TOTAL DEDUCTIONS:                 0.00

     FD INC TX WTHLD-              0.00
     TX FICA WGS PD-               0.00
         TOT FICA TX-              0.00
         TOT MDCR WGS-             0.00
             MDCR TX-              0.00


07-20-2011 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
01-02-2012 PROCESSING DATE

                              TRANSACTIONS
                                                           MONEY AMOUNT
CODE                EXPLANATION                DATE       (IF APPLICABLE)
    RETURN FILED AND TAX ASS
     17244-288-06503-1
976 AMENDED RETURN FILED                    07-20-2011            0.00
     17244-204-06207-1
806 WITHHOLDING CREDIT                                       67,000.00-
776 INTEREST DUE TAXPAYER                   01-02-2012          668.04-
```

```
PAGE NO-0001                                          IRS EMPLOYEE 7932285642

DATE REQUESTED 03-19-2013                             PRINT DATE 03-20-2013

FORM NUMBER: 1041                                     TAX PERIOD: DEC  2009

                TAXPAYER IDENTIFICATION NUMBER: 42-6676616

     PETER T PAPOULIAS TR
     PETER T PAPOULIAS TTEE
     3505 GOLDENROD DR
     ALPHARETTA          GA 30005-6902-050        BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:              0.00
     ACCRUED INTEREST:             0.00   AS OF 03-18-2013
     ACCRUED PENALTY:              0.00   AS OF 03-18-2013

     ACCOUNT BALANCE
         PLUS ACCRUALS:            0.00

               ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

     TOTAL INCOME:            18,000.00
 TOTAL DEDUCTIONS:               100.00

     FD INC TX WTHLD-              0.00
     TX FICA WGS PD-               0.00
        TOT FICA TX-               0.00
       TOT MDCR WGS-               0.00
           MDCR TX-                0.00


07-20-2011 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-14-2011 PROCESSING DATE
                              TRANSACTIONS
                                                           MONEY AMOUNT
CODE            EXPLANATION                     DATE      (IF APPLICABLE)
150 RETURN FILED AND TAX ASSESSED             11-14-2011          241.50
    17244-288-06501-1
976 AMENDED RETURN FILED                      07-20-2011            0.00
    17244-211-08200-1
806 WITHHOLDING CREDIT                        04-15-2010       18,000.00-
776 INTEREST DUE TAXPAYER                     11-14-2011          139.16-
846 REFUND                                    11-14-2011
```

```
PAGE NO-0001                                          IRS EMPLOYEE 7932285642

DATE REQUESTED 03-19-2013                             PRINT DATE 03-20-2013

FORM NUMBER: 1041                                     TAX PERIOD: DEC  2010

                  TAXPAYER IDENTIFICATION NUMBER: 42-6676616

    PETER T PAPOULIAS TR
    PETER T PAPOULIAS TTEE
    3505 GOLDENROD DR
    ALPHARETTA          GA 30005-6902-050          BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

    ACCOUNT BALANCE:          28,236.30
    ACCRUED INTEREST:          1,848.86    AS OF 04-01-2013
    ACCRUED PENALTY:           3,951.40    AS OF 04-01-2013

    ACCOUNT BALANCE
       PLUS ACCRUALS:         34,036.56

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

    TOTAL INCOME:             83,668.00
    TOTAL DEDUCTIONS:            100.00

    FD INC TX WTHLD-               0.00
    TX FICA WGS PD-                0.00
       TOT FICA TX-                0.00
       TOT MDCR WGS-               0.00
          MDCR TX-                 0.00

07-20-2011 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
08-29-2011 PROCESSING DATE

                              TRANSACTIONS
                                                            MONEY AMOUNT
CODE            EXPLANATION                       DATE     (IF APPLICABLE)
150  RETURN FILED AND TAX ASSESSED                            28,236.
     17244-204-04709-1
460  EXTENSION OF TIME TO FILE               06-06-2011
     EXT. DATE   09-15-2011
806  W-2 OR 1099 WITHHOLDING                 04-15-2011     83,668.60-
290  ADDITIONAL TAX ASSESSED                 10-10-2011          0.00
     29254-604-07053-1   201138908
807  WITHHOLDING CREDIT REVERSED             10-10-2011     83,668.60
290  ADDITIONAL TAX ASSESSED                 05-14-2012          0.00
     29254-516-17039-2   201221808
582  FEDERAL TAX LIEN                        02-22-2013
360  FEES AND COLLECTION COSTS               03-18-2013         12.00
```