

EXHIBIT 'G'



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

April 3, 2013

Peter Papoulias
4175 Breckenridge Court
Alpharetta, GA 30005

Dear Peter Papoulias:

I am responding to your Freedom of Information Act (FOIA) request dated March 21, 2013 that we received on March 26, 2013.

You asked for a PMFOLS transcript for tax years 2006-2011.

I have enclosed a copy of the requested transcript for tax years 2008-2011 consisting of two pages. PMFOLS transcripts for years prior to 2008 are no longer retrievable. This is a full grant of your request.

If you have any questions please call Senior Disclosure Specialist John M Quigley ID # 1000247712, at (510)-637-3029 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362. Please refer to case number F13088-0113.

Sincerely,

*C. Neal*

Celeste Neal
Disclosure Manager
Disclosure Office 14

Enclosure
  Responsive records

```
PMFOLS2426676616200802                              04-03-2013  13:06 @MCC



        THERE IS NO ACCOUNT ON THE PAYER MASTER FILE FOR    42-6676616
```

```
PMFOLS2426676616200902                              04-03-2013  13:06 @MCC



        THERE IS NO ACCOUNT ON THE PAYER MASTER FILE FOR    42-6676616
```

04/03/2013                                          Page 1 of 2

```
PMFOLS2426676616201002                                04-03-2013  13:07 @MCC


         THERE IS NO ACCOUNT ON THE PAYER MASTER FILE FOR    42-6676616




PMFOLS2426676616201102                                04-03-2013  13:07 @MCC


         THERE IS NO ACCOUNT ON THE PAYER MASTER FILE FOR    42-6676616
```

04/03/2013                                     Page 2 of 2