EXHIBIT 'H'



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

April 15, 2013

Peter Papoulias
4175 Breckenridge Court
Alpharetta, GA 30005

Dear Peter Papoulias:

I am responding to your Freedom of Information Act (FOIA) request dated March 21, 2013 that we received on March 26, 2013.

You asked for a PMFOLD transcript for tax years 2006-2011.

I have enclosed a copy of the requested transcripts for tax years 2008-2011 consisting of two pages. PMFOLD transcripts for years prior to 2008 are no longer retrievable. This is a full grant of your request.

Should you have any questions concerning this correspondence, you may contact me by calling David Palace, ID No. 0507211, at (916) 974-5559, or by writing to Internal Revenue Service, Disclosure Scanning Operation - Stop 93-A, Post Office Box 621506, Atlanta, GA 30362. Please refer to case no. F13086-0145.

Sincerely,

David Palace
Senior Disclosure Specialist
Disclosure Office 14

Enclosure
  Responsive Documents

```
PMFOLD242667661620080299                              04-15-2013  19:10 @MCC


             THERE IS NO ACCOUNT ON THE PAYER MASTER FILE FOR    42-6676616




PMFOLD242667661620090299                              04-15-2013  19:10 @MCC


             THERE IS NO ACCOUNT ON THE PAYER MASTER FILE FOR    42-6676616




04/15/2013                         Page 1 of 2
```

PMFOLD242667661620100299                                    04-15-2013   19:11 @MCC

      THERE IS NO ACCOUNT ON THE PAYER MASTER FILE FOR    42-6676616

PMFOLD242667661620110299                                    04-15-2013   19:11 @MCC

      THERE IS NO ACCOUNT ON THE PAYER MASTER FILE FOR    42-6676616

04/15/2013                          Page 2 of 2