


**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

April 17, 2013

Peter Papoulias
4175 Breckenridge Court
Alpharetta, GA 30005

Dear Peter Papoulias:

I am responding to your Freedom of Information Act (FOIA) request dated March 21, 2013 that we received on March 26, 2013.

You asked for a SUMRY transcript for tax years 2006-2011.

I conducted a search by inputting the Command Code SUMRY for the Employer Identification Number (EIN) provided. The results produced the enclosed 2010 tax year TXMODA transcript, consisting of 3 pages, responsive to your request.

This is a full grant of your request.

Should you have any questions concerning this correspondence, you may contact me by calling David Palace, ID No. 0507211, at (916) 974-5559, or by writing to Internal Revenue Service, Disclosure Scanning Operation - Stop 93-A, Post Office Box 621506, Atlanta, GA 30362. Please refer to case no. F13086-0142.

Sincerely,

David Palace
Senior Disclosure Specialist
Disclosure Office 14

Enclosure
 Responsive Documents

```
TXMODA42-6676616    MFT>05   TX-PRD>201012   PLN-NUM>    NM-CTRL>PAPO
17244-204-04709-1<DLN                                  BOD-CD>SB CLIENT-CD>V
                                       MF-XTRCT-CYC>201309   SC-REASON-CD>
SC-STS>24  MOD-BAL>         28,236.30  CYC>201307
MF-STS>24  MOD-BAL>         28,236.30  CYC>201307   TODAYS-DT>03/29/2013
 PENDING TRANS     LAST-NOTICE>DAS   ARDI-CD>1   PRIMARY-LOC>5825
---------------------------              SBAO>25                    PDC-IND>00
ASED>07202014 FRZ>T    -    |                      CL-ASGMT>25073475
CSED>08292021 INTL>         |       FMS-CD>3         LIEN>4 MOD-YLD-SCR>0005550
RSED>09152014               |
---------------------------
         DELQ-FR>01
FR>000001000000000000000000000000000
CS-CTRL-INFO>ALL CS CTRL CLSD     CLSD-CTRL-CYC>201248 LST-CS-CTRL-ACTY>11192012
---------------------------POSTED RETURN INFORMATION---------------------------
                    RCC>O            MATH-STS-CD>3
RET-RCVD-DT>07202011                 CRD>07202011
  NET-TAX-INCOME-AMOUNT>     83,568.00
-------------------------------RETURN TRANSACTION------------------------------
      T/C  POSTED      TRANS-AMOUNT       CYC     T        DLN
      150  08292011         28,224.30    201133         17244-204-04709-1


Employee #7932285642 Page 001 of 005 PAGE   002




TXMODA42-6676616    MFT>05  TX-PRD>201012   PLN-NUM>    NM-CTRL>PAPO
---------------------------POSTED TRANSACTIONS SECTION---------------------------
      T/C  POSTED      TRANS-AMOUNT   CYC-DAY   T     DLN
      620  04182011           0.00   20112108    17204-113-05991-1
                                                 TENT-LIAB-TAX           0.00
      460  06062011           0.00   20112108    17204-113-05991-1
                                                 EXT-DT>09152011
      806R 04152011      83,668.60-  20113308    17244-204-04709-1
      170  10102011           0.00   20113908    83254-664-17053-1
      290  10102011           0.00   20113908    83254-664-17053-1
           ADJ-RSN-CD>051-    -    -
      807  10102011      83,668.60   20113908    83254-664-17053-1
      290  05142012           0.00   20121808    29254-516-17039-2
                                     HOLD-CD>3   PRT-CD>8
      971  05192012           0.00   20122208    63977-542-00016-2   971-CD>611
      971R 08272012           0.00   20123308    58277-999-99999-2   971-CD>061
      972  08182012           0.00   20123508    49977-634-06948-2   971-CD>061
      971  09102012           0.00   20123608    17277-001-99999-2   971-CD>060
      582  02222013           0.00   20130908    49977-457-57400-3
                                     REGULAR LIEN
      360  03182013          12.00   20130908    49218-458-01203-3
      670  02142013           0.00   20130908    49218-458-01203-3
                                                 DESG-PYMT-CD>99
Employee #7932285642 Page 002 of 005 PAGE   003
```

03/29/2013                                  Page 1 of 3

```
TXMODA42-6676616     MFT>05  TX-PRD>201012    PLN-NUM>     NM-CTRL>PAPO
        971  02262013           0.00   20130908   56977-458-04035-3    971-CD>252
-------------------------PENDING TRANSACTIONS SECTION-------------------------
DC  6 976  07202011           0.00   20114900   17244-288-06503-1
-----------------------------NOTICE HISTORY SECTION---------------------------
 NOTICE            AMOUNT         CYC    S   AO
CP133             55,444.30- 201133    M   25     SUPPRESS-CD>0
DAS               28,224.30  201145    M   25
DAS               28,224.30  201219    M   25
CP504B            30,609.77  201221    I   25     SUPPRESS-CD>0
DAL               31,501.13  201232    I   25
DAS               33,673.17  201307    I   25
---------------------CONTROL BASE AND HISTORY INFORMATION---------------------
C#   STATUS   ACT-DT     ACTION-EMP    ACTIVITY     RCVD-DT    ASSIGN-TO   CAT    ORG F S
01    C      09192011   0469241048   54-TAX-ADJ   09192011  0469241048  AUDT           I
02    A      01302012   0509905008   13408105     01282012  0436903985  AM08           G
      C      04232012   0436903985   RLSE-FRZ     01282012  0436903985  AM08           I
03    A      08202012   0241455514   CISBJ66C29   08152012  0237500000  PHZ1           G
      A      08202012   0209960066   DATACHECK    08152012  0237500000  TPRQ           G
      A      08202012   0209960034   ACTV         08152012  0244739436  TPRQ           G
      A      08292012   0209960030   MGRAPPROVE   08152012  0244739436  TPRQ           G
      A      08302012   0209960033   RTW          08152012  0244739436  TPRQ           G
      A      09262012   0209960108   MGRAPPROVE   08152012  0244739436  TPRQ           G
Employee #7932285642 Page 003 of 005 PAGE   004




TXMODA42-6676616     MFT>05  TX-PRD>201012    PLN-NUM>     NM-CTRL>PAPO
      A      09262012   0209960006   RTW          08152012  0244739436  TPRQ           G
      A      10022012   0209960062   MGRAPPROVE   08152012  0244739436  TPRQ           G
      A      10042012   0209960046   RTW          08152012  0244739436  TPRQ           G
      A      10222012   0209960175   DOCREQ       08152012  0244739436  TPRQ           G
      A      11052012   0209960118   RTW          08152012  0244739436  TPRQ           G
      A      11082012   0209960051   2WORKLDR     08152012  0244739436  TPRQ           G
      A      11152012   0209960013   RTW          08152012  0244739436  TPRQ           G
      A      11162012   0209960013   REASSIGN     08152012  0244774783  TPRQ           G
      A      11162012   0209960008   REASSIGN     08152012  0244765362  TPRQ           G
      C      11192012   0209960151   CLOSED       08152012  0244765362  TPRQ           G
H            09192011   0225156162   EXAMFRIV                                           G
H            04232012   0436903985   STAUP5803                                          C
H            06052012   0457752164   STAUP2208                                          C
H            11192012   0244765362   3064C-SNT                                          G
H            12102012   0457452200   REF2ACS                                            G
H            12102012   0457452200   BMFO                                               G
-------------------------SERVICE CENTER HISTORY SECTION-----------------------
SC-STS    DATE        STATUS-AMOUNT       CYC
 12    08292011         55,444.30- 201133
 21    11212011         28,224.30  201145
 48    05142012 NXT>504            201218    MIN-NUM-DELAY>03
 58    06042012         28,224.30  201221
Employee #7932285642 Page 004 of 005 PAGE   005
```

```
TXMODA42-6676616    MFT>05  TX-PRD>201012   PLN-NUM>    NM-CTRL>PAPO
 48   06252012 NXT>505            201224   MIN-NUM-DELAY>08
 22   08202012          28,224.30 201232
 24   03042013          28,224.30 201307
-------------------------MASTER FILE HISTORY SECTION--------------------------
MF-STS   DATE        STATUS-AMOUNT    CYC              CCNIP-SELECT-CD
   04  06062011  EXT-DT>20110915  201121
   12  08292011          55,444.30- 201133
   21  11212011          28,224.30  201145
   58  06042012          28,224.30  201221
   22  08202012          28,224.30  201232
   24  03042013          28,224.30  201307


Employee #7932285642 Page 005 of 005 PAGE  001
```