# CERTIFICATE OF SERVICE

I, Lianne Bateman, am over the age of 21 and competent to state the following:

The service of the Following items regarding Civil Action No. **1:13-CV-2110**:

1. Summons in a Civil Action;
2. Verified Complaint;
3. Exhibits "A" through "I";
4. Memorandum in support of Verified Complaint;
5. Instructions Regarding Pretrial Proceedings.

Items 1 through 5 above were sent on July 2, 2013 by way of USPS Priority Mail#**420 30303 9405 5036 9930 0481 7443 00** to the following party at the address listed below.

UNITED STATES DEPARTMENT OF JUSTICE FOR THE NORTHERN DISTRICT OF GEORGIA

Sally Quillian Yates, US District Attorney
Richard B Russell Federal Blvd
75 Spring Street S.W.
Suite 600
Atlanta, Georgia
3003-3309

I certify under penalty of perjury that the foregoing is true correct and complete.

Executed on July 2, 2013

For the PETER T PAPOULIAS TRUST

By: _____
Lianne Bateman, agent
Telephone: 678-557-4553
liannebateman@hotmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL - 3 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# CERTIFICATE OF SERVICE

*FILED IN CLERK'S OFFICE*
*U.S.D.C. Atlanta*

**JUL - 3 2013**

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

*I, Lianne Bateman, am over the age of 21 and competent to state the following:*

*The service of the Following items regarding Civil Action No.* **1:13-CV-2110**:

1. *Summons in a Civil Action;*
2. *Verified Complaint;*
3. *Exhibits "A" through "I";*
4. *Memorandum in support of Verified Complaint;*
5. *Instructions Regarding Pretrial Proceedings.*

*Items 1 through 5 above were sent on July 2, 2013 by way of USPS Priority Mail#* **420 41011 9405 5036 9930 0481 7543 54** *to the following party at the address listed below.*

*INTERNAL REVENUE SERVICE through*

*Renee Mitchell, Service Center Director*
*Department of the Treasury, Internal Revenue*
*201 W. Rivercenter Blvd.*
*Covington, KY*
*41011-1424*

*I certify under penalty of perjury that the foregoing is true correct and complete.*

*Executed on July 2, 2013*

*For the PETER T PAPOULIAS TRUST*

By: *[signature]*
*Lianne Bateman, agent*
*Telephone: 678-557-4553*
*liannebateman@hotmail.com*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| PETER T PAPOULIAS TRUST <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES and IRS <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:13-CV-2110 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* IRS THROUGH
Renee A. Mitchell, Service Center Director
DEPARTMENT OF THE TREASURY, INTERNAL REVENUE
201 W. RIVERCENTER BLVD
COVINGTON, KY 41011-1424

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PETER T PAPOULIAS TRUST
c/o PETER T PAPOULIAS, TTEE
4175 BRECKENRIDGE CT
ALPHARETTA, GA, 30005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: JUL 0 1 2013

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| PETER T PAPOULIAS TRUST <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES, et al <br><br> *Defendant(s)* | Civil Action No. <br><br> **1:13-CV-2110** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES
c/o SALLY QUILLIAN YATES
The Office of United States Atorrney for the Northern District of Georgia
Richard B. Russell Federal Building
75 Spring Street, S.W. Suite 600
Atlanta, Georgia, 30303-3309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        PETER T PAPOULIAS TRUST
        c/o PETER T PAPOULIAS, TTEE
        4175 BRECKENRIDGE CT
        Alpharetta, GA, 30005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: JUN 2 4 2013

*Signature of Clerk or Deputy Clerk*